IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02607-RBJ-BNB

TUTORING CLUB, LLC,

Plaintiff,

v.

RMA, LLC and KATHLEEN DEMATTEO,

Defendants.

## ORDER FOR DISMISSAL OF CLAIMS AND COUNTERCLAIMS, WITH PREJUDICE

THE COURT, having reviewed Plaintiff's and Defendants' Joint Motion for Entry of Consent Injunction and for Dismissal of Claims and Counterclaims With Prejudice [Docket #20],, and, being fully advised in the premises, hereby

ORDERS that all claims that plaintiff, Tutoring Club, LLC, and all counterclaims that defendants, RMC, LLC and Kathleen DeMatteo, asserted or could have asserted in this action are dismissed, with prejudice; and

FURTHER ORDERS that each party to this civil action shall be responsible for her or its own respective attorneys' fees, costs, and other expenses incurred in connection with this civil action.

SO ORDERED this 18th day of January, 2012.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge